FILED

APR 0 9 2026

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ MM _____ DEP CLK

N THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

LASCA CHANELLE LANE,
Proposed Plaintiff,

v. Case No. 5:26-CV-184-BO-KS

U.S. SMALL BUSINESS ADMINISTRATION,
Defendant.

MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Plaintiff respectfully moves for leave to file an Amended Complaint pursuant to Federal Rule of
Civil Procedure 15(a).

1. The original complaint named BBF Taxes & Services, LLC as Plaintiff.
2. Plaintiff acknowledges that an LLC may not proceed in forma pauperis and must appear through counsel.
3. Plaintiff seeks to substitute Lasca Chanelle Lane, individually, as the real party in interest regarding the PPP loan and SBA determination at issue.
4. Amendment will promote judicial efficiency and resolve the procedural issues identified in the Memorandum and Recommendation.

WHEREFORE, Plaintiff respectfully requests leave to file the attached Amended Complaint.

Respectfully submitted,

---

Lasca Chanelle Lane
Plaintiff, Pro Se
Date: 4/2/26